**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03241-MEH

LINDSAY HAGER,

Plaintiff,

v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM,
CRISTIE SEXTON, in her individual capacity, and
ANGELA MAROLF, in her individual capacity,

Defendants.

---

**STIPULATION OF DISMISSAL OF DEFENDANTS WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their undersigned counsel, stipulate to the dismissal of Defendants from this action WITH PREJUDICE, each party to bear his or its own attorneys' fees and costs.

Respectfully submitted this 24th day of February, 2020.

*s/ Rajasimha Raghunath*
Rajasimha Raghunath, Esq.
Raghunath Law Firm LLC
P.O. Box 372299
Denver, CO 80237
(720) 808-1231

Attorney for Plaintiff

*s/ Heather Kelly*
Heather K. Kelly, Esq.
Assistant Attorney General
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6615

Attorney for Defendants